UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x

UNITED STATES OF AMERICA,

          -v-

7:23-MJ-5354(KPB)

ALLISON BROKER

          Defendant.

―――――――――――――――――――――――x

## ORDER

On March 8, 2024, this Court imposed a fine on the defendant in the amount of $185.00, to be paid to the Clerk of Court by May 3, 2024. On May 2, 2024, the defendant remitted partial-payment in the amount of $183.00.

For the reasons stated on the record on May 3, 2024, the remaining balance of $2.00, is hereby waived.

Dated: White Plains, New York
      May 8, 2024

SO ORDERED

_____
HON. KIM P. BERG
U.S. MAGISTRATE JUDGE